IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| RYAN SMITH, | * | |
| Plaintiff, | * | |
| v. | | Case No. 5:26-CV-346 (MTT) |
| | * | |
| SUZANNE ADAMS, et al., | | |
| | * | |
| Defendants. | | |
| | * | |

**<u>J U D G M E N T</u>**

Pursuant to this Court's Order dated August 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 14th day of August, 2026.

David W. Bunt, Clerk

s/ Kami D. Seward, Deputy Clerk